# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135889

TIMOTHY M. McCOY and ROBIN LaBARGE
McCOY,
      Plaintiffs-Appellees,

v

LAMOTTE COACHLIGHT CORPORATION,
      Defendant-Appellant,
and

SCHULT HOMES CORPORATION,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135889
COA: 272440
Sanilac CC: 04-030064-CK

      On order of the Court, the application for leave to appeal the December 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

_____
Clerk